JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LADD, | Case No. 2:19-cv-07868-RGK (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

This matter came before the Court on the Petition of CHRISTOPHER LADD, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 31, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE